UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEONARD MICHAEL BATES, TERRI
BATES, JAY DANNENBERG and PAMELA
DANNENBERG,

        Plaintiffs,

                                                      Case Number 04-10128-BC
v.                                              Honorable Thomas L. Ludington

KIDDE TECHNOLOGIES INCORPORATED
f/k/a FENWAL SAFETY SYSTEMS
INCORPORATED,

        Defendants.

-and-                                            <u>CONSOLIDATED CASES</u>

BRIAN SCHALAU,

        Plaintiff,

                                                      Case Number 04-10129-BC
v.                                              Honorable Thomas L. Ludington

KIDDE TECHNOLOGIES INCORPORATED
f/k/a FENWAL SAFETY SYSTEMS
INCORPORATED,

        Defendants.

-and-

JEFF DUNBAR,

        Plaintiff,

                                                      Case Number 04-10130-BC
v.                                              Honorable Thomas L. Ludington

KIDDE TECHNOLOGIES INCORPORATED
f/k/a FENWAL SAFETY SYSTEMS
INCORPORATED,

        Defendants.
_____/

**<u>ORDER OF DISMISSAL</u>**

On January 22, 2007, this Court received a letter explaining that settlement was reached at facilitative mediation with respect the last remaining defendant is this case, Kidde Technologies, Inc. In light of the parties' settlement, the Court will dismiss the case.

Accordingly, it is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: February 6, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 6, 2007.

    s/Tracy A. Jacobs
    TRACY A. JACOBS